1010

[No. 528-2.    Division Two.    March 3, 1972.]

ITT HAMILTON LIFE INSURANCE CO., *Plaintiff*, v. NORMA E. BLACK, *as Guardian, Appellant*, SALLY REED, *as Guardian, Respondent.*

[No. 501-2.    Division Two.    March 8, 1972.]

PENINSULA FUEL COMPANY, *Appellant*, v. RONALD L. DOTSON *et al., Respondents.*

[No. 319-2.    Division Two.    March 22, 1972.]

GLORIA THURSTON, *as Executrix, Appellant*, v. MARTINA MARIE KENSINGER *et al., Respondents.*

[No. 396-2.    Division Two.    March 22, 1972.]

WAYNE B. HENDERSON *et al., Appellants*, v. RONALD ESARY *et al., Respondents.*

[No. 548-2.    Division Two.    March 22, 1972.]